JOHN S. JONES, Appellant, *v.* GEORGE J. GOULD et al.,
Respondents.

(Submitted December 12, 1910; decided December 16, 1910.)

Motion to amend remittitur denied, with ten dollars costs.
(See 200 N. Y. 18.)

---

HATTIE HALL, Appellant, *v.* THE NEW YORK, NEW HAVEN
AND HARTFORD RAILROAD COMPANY et al., Respondents.

*Hall v. N. Y., N. H. & H. R. R. Co.,* 121 App. Div. 488, appeal
dismissed.
(Submitted December 12, 1910; decided December 16, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1907, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's maintenance of a nuisance.

The motion was made upon the ground of a failure to prosecute the appeal.

*Gustav R. Hamburger* for motion.

*J. Henry Esser* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.